STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
CA 08-35

ESTATE OF RONALD BREWER

VERSUS

STATE FARM FIRE & CASUALTY INS. CO.

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2007-700
HONORABLE WILFORD D. CARTER, DISTRICT JUDGE

**********

**OSWALD A. DECUIR**
**JUDGE**

**********

Court composed of Oswald A. Decuir, Marc T. Amy, and Billy Howard Ezell, Judges.

**AFFIRMED.**

**Terry L. Rowe**
**Attorney at Law**
**P. O. Box 3323**
**Lafayette, LA 70502**
**(337) 232-4744**
**Counsel for Defendant/Appellant:**
     **State Farm Fire & Casualty Insurance Company**

**Robert C. McCorquodale**
**Stutes, Fontenot, Lavergne & Lutz, LLC**
**713 Kirby Street**
**Lake Charles, LA 70601**
**(337) 433-0022**
**Counsel for Plaintiff/Appellee:**
     **Estate of Ronald Brewer**

**DECUIR, Judge.**

For the reasons assigned in the consolidated case entitled *White v. State Farm Insurance Company*, 07-1341 (La.App. 3 Cir. 05/ /08), ____ So.2d ____ , rendered this day, the judgment of the trial court is affirmed. Costs of this appeal are assessed to State Farm Fire & Casualty Company.

**AFFIRMED.**

1